IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE        ) <br> TRANSFER OF OFFENDERS      ) <br> Pursuant to 18 U.S.C. § 4100 et seq.  ) <br> ) <br> ) <br> ) | MISC. NO. 2:07mc3368-MEF |

## ORDER

Pursuant to 28 U.S.C. § 636(g) (2000), the Honorable Wallace Capel, Jr., a United States Magistrate Judge for the Middle District of Alabama, is assigned to perform the verification proceedings as required by 18 U.S.C. § 4108 commencing on or about July 12, 2007, at 10:00 a.m. in Gamboa, Panama City, Panama, relating to the proposed transfers of offenders from Gamboa, Panama City, Panama, to the United States. He is also authorized to assign counsel for the said offenders as provided in 18 U.S.C. § 4109.

It is so ORDERED.

Done this 7th day of June, 2007.

_____
MARK E. FULLER
CHIEF UNITED STATES DISTRICT JUDGE